FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 14 2011 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
CLAUDE DORISCA,

                Plaintiff,

   -against-

ENHANCED RECOVERY COMPANY, LLC,

                Defendant(s).
-----------------------------------------X

Civil Action No. 11 CV 5309

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i), plaintiff Claude Dorisca, by his counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant Enhanced Recovery Company, LLC.

Dated: December 9, 2011
        New York, New York

For: **Claude Dorisca**

By: _____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930

SO ORDERED

By: s/Leonard D. Wexler
Hon. LEONARD D. WEXLER, USDJ

Dated: Central Islip, NY
12/14/11

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.